**Exhibit A to the Complaint**

**Location:** Brooklyn, NY  
**Total Works Infringed:** 34  
**IP Address:** 71.255.58.51  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E315C9240C9CB55D756C482C0993EAFE8436AC2B<br>File Hash:<br>4EB31B2A27E8E0FB886E479A8C4FC95E89FA70218985BA8FEA2C0822BC5A3A22 | 03-01-2023 17:34:01 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 2 | Info Hash: D0A96D8E20B0845DFE87513A58AEA8D433FD1497<br>File Hash:<br>4DB80E9F098D29BD50BD7395D48047B5FC6EA87F3E7FD832A29BC8C2D03BFE44 | 02-27-2023 05:37:31 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 3 | Info Hash: 246A153C0FEFC88F29333FF96A8F73EBBA3CD8C8<br>File Hash:<br>BBD0504E93C73E97DCB99A5C463CE8FE5006ABBEDE5A0AD4A5B9E7284750AD0E | 02-26-2023 05:40:53 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 4 | Info Hash: 7A536249CA9272184374C09AAC4F5B3BDCC3FD1F<br>File Hash:<br>8B6A7D6EEC8164BE2ECBE47C362B6335522E66323DF66EB907AF592758CD9511 | 02-13-2023 16:18:34 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 5 | Info Hash: D79A5BAE6B5907C5D7AEA83F843AED4519C2B0C0<br>File Hash:<br>E92AF0A76AC72CD848FDB35D71AA6DA117B74A3AC727CA17B2CA9DC704C3D42E | 01-30-2023 01:06:25 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 6 | Info Hash: 33A98ED004EDF2DD0EA5BE4CBABC6DD9DFC5B8CB<br>File Hash:<br>7CB32F15EB82D50C302B2AD52DD3DB0A8DBC272DD06ADE5AC559C3C97DCA68E4 | 01-30-2023 00:44:35 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 7 | Info Hash: 0CFF14759146C91B5F7488B6FD96E24E32A38557<br>File Hash:<br>CF70EB7F68CBA3301170ADAB725646B7108CB8B2503132C2880452616396B3BD | 01-24-2023 17:02:01 | Tushy | 11-21-2021 | 12-09-2021 | PA0002325830 |
| 8 | Info Hash: 11F8B072148252FDA44F7AAE4EC8FE569AA9D321<br>File Hash:<br>090C1A0BF9D4529ABC6872A83AB5BF9B0407D18C057CA500454C1DE6675C16F3 | 01-20-2023 18:53:29 | Slayed | 08-02-2022 | 08-10-2022 | PA0002370902 |
| 9 | Info Hash: 09D9DBABDCEC1D55BDA37F37D9762C6B0E45393D<br>File Hash:<br>C755B3DD45CAAA9FD35D73B1224FA4716199D71E3F30026B0EB653357454034C | 01-16-2023 06:58:28 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 10 | Info Hash: 97285CD56E2C7C48CE5CD4C1705BE7532FFA3162<br>File Hash:<br>AFB9D6A20CB9EF701057374B409E540AA209043245E215C1FDEA6433F30F031F | 01-14-2023 20:38:33 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 11 | Info Hash: 6A5D7DC5B4718A9AEF39008A77415C7C606F9B0D<br>File Hash:<br>A61E419D1D453696C55C3C68DFCE43AC9B3CB3FD1ACC936477CFF73900E89105 | 01-11-2023 07:25:02 | Tushy | 09-04-2022 | 11-27-2022 | PA0002388059 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 5AA904B8B0904E22418872FDCFD71F0714B65E66<br>File Hash: 0B9DC140D335825586A8E7992BC74365C7BD052C1A5E9894F86495EB0D125957 | 01-09-2023 06:30:49 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 13 | Info Hash: 67D08B3D5888F5CFC057C8691AD24C0D8217C0A8<br>File Hash: 23C5BE8F56F1B7A3DBCC75412F4A320EC0B245932499BC803F4F47D1F59D0410 | 01-06-2023 23:04:48 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 14 | Info Hash: 43AE3B514C855B60DB2D0B78085D6DE14F890B76<br>File Hash: F6ECE9B067EA9898CD4EBEDB35B9CE1A6AC4D7234B8F7C8E636EA347F5DA277F | 01-06-2023 21:05:17 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 15 | Info Hash: 0A3EE74938BB34CFC965261976DE58936E0B586F<br>File Hash: 1B8EE9CBAC34DD3D01948639A8F61ECF96F7591A5A0762194D45A8BC3E942EDF | 01-05-2023 16:20:06 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 16 | Info Hash: A50DA64F593C414E6332A2B987C875DFFD297BD9<br>File Hash: 3ED6AB6927CDE5BA6CD646D1BF23C0002BAB6D3F5DA15852459C776F5FB33FE5 | 01-05-2023 05:26:59 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 17 | Info Hash: 4731A3784C22214DBA4A18A2C932C529BA0761AA<br>File Hash: 6E150B53928FA2505EA0D58DF9EBDB8D4F58EE00C2E6F3C72786D72D1831F751 | 01-05-2023 05:20:54 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 18 | Info Hash: 56AD0C4A72F10506D7C3B91C3065AA604AD729E2<br>File Hash: 68474E60C3D5B1E90AC0F96280F1987E0F81244474F06E58EA908E8C74CD914C | 12-19-2022 22:18:59 | Tushy | 11-27-2017 | 01-04-2018 | PA0002069335 |
| 19 | Info Hash: 31F9932DA2B474F3C4E27E230E52FF857561CA6E<br>File Hash: 75514D32372E22D46D956AE45A927E53CB4154B5BE39594881F1ABABF98573B9 | 12-18-2022 23:23:19 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 20 | Info Hash: 16E5367F5F0100A15BA0F96DEB7F128CC12F5C2C<br>File Hash: B15B67CE4B3F71EF0EAE4B8A642FF9B4600EE252EA8EBEECF061D324B46F2DCA | 12-18-2022 20:42:23 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 21 | Info Hash: 0D9F2B608841C5404F5E924F7AA749477E529049<br>File Hash: 3D2289027050EAF815B2B348D48798A7CC24E3B1ECAF3E665F2E00AD84387732 | 12-18-2022 20:20:23 | Slayed | 06-21-2022 | 07-21-2022 | PA0002367486 |
| 22 | Info Hash: BA0743F03F29FFB859532AC5AC683D644A511C4E<br>File Hash: 3DED21746296051BC343A633E52D654149CCD2E78F8650C588F093353CB66778 | 12-11-2022 17:25:17 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 23 | Info Hash: 444F00AD47BF37250EDEC9E71512628A18A7662B<br>File Hash: E8F05B553DD1403C6131F3130036E29FEE1BC1CC5509DFB9F71F2DC921F50922 | 11-28-2022 07:11:56 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 381EF54BFD24B1F826E585D2410C3C4BA3768565<br>File Hash: A3DF8C921FB6A10C3FB6324B17383D1C711F4D7A024F3A50CAE1367F126CDAE0 | 11-27-2022 21:56:10 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 25 | Info Hash: 3E6EACA32F83AC06063CB40EEE292ACA5BA15FB8<br>File Hash: 0B94753C1452124FDF42C682187D95343841922C4C39F7B85871249D779CCE7E | 11-27-2022 06:41:51 | Tushy | 08-14-2018 | 09-01-2018 | PA0002119587 |
| 26 | Info Hash: 249BD8E58D1F03C665C19CEFBDB8C7A3975AA357<br>File Hash: AC9330C1C424AFC74E8ECD6574BE9EB6C2B21D3E641AB2D9D6642B4B6AF5CB17 | 11-25-2022 06:40:11 | Tushy | 12-12-2017 | 01-04-2018 | PA0002069349 |
| 27 | Info Hash: B4FFE8E107F98D7A95BD6DFD117C0069715AC20D<br>File Hash: 12B455FEDF878EB02FA1590C8F77C58E12436CCCD868E69C7726DFAD37C3828F | 11-14-2022 14:14:11 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 28 | Info Hash: 0BED4208D2F358317457BBDCF4245AE10636EC10<br>File Hash: 02990D3E6D9C1EFD7B4897257DCA535ACFDAD059501C88C6C9F490B6E82AFAB1 | 11-13-2022 07:03:39 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 29 | Info Hash: AB062E9AEA87CEC3CCAE851F849174FA4140FFBA<br>File Hash: 8B534E44DDFA5362B05BD916A6EF45716B09742DBE8B68D21295A0CCC331460A | 11-07-2022 06:27:13 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 30 | Info Hash: 9403B396E0652EA31F627DC827A509BA0848F5AF<br>File Hash: 18CA99EFA1F9758D77AAAA6E876356FD3AEAFDF48C9C4C5F7B03ACD0E4642ABC | 11-05-2022 04:47:21 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 31 | Info Hash: F03C19E73FD73E2C5CCBB54751B3325D9C91F2E7<br>File Hash: AFF28110969937078B94F56371672B60C79C98F9F2B4BB51F76157DEB7F03C9C | 11-01-2022 13:52:22 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 32 | Info Hash: 1F9DF3255808379251E4216E874E5246EAD9D645<br>File Hash: E7B584174707C7CEFAFEDEDA47DEFCAEB36D7AF599894D9DAD339E075B400A77 | 10-30-2022 20:26:00 | Tushy | 10-30-2022 | 01-06-2023 | PA0002394017 |
| 33 | Info Hash: D96409E94865334DB4C5E985DA31D75C97566204<br>File Hash: F68F78B62AC3481C50BEB823F39157DAB834C8DB83475B9EE06F6861E47F3260 | 10-24-2022 14:54:52 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 34 | Info Hash: 4B3D41D6865B340AC1E166A31F836E6EF1B303C6<br>File Hash: F1928CEDC395965F9A5991887754507D325521186211F0787C89C5012AF36D68 | 10-17-2022 18:26:22 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |