# The Atkin Firm, LLC

Attorney at Law

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

By: John C. Atkin, Esq.*
---
* Member of NJ, NY, and PA Bar

Tel: (973) 314-8010
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

April 5, 2023

**VIA ECF**
Hon. Hector Gonzalez, U.S.D.J.
U.S. Dist. Court E. Dist. of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 71.255.58.51**
    **Dkt. No. 1:23-cv-02014-HG**

Judge Gonzalez,

  I represent Plaintiff Strike 3 Holdings, LLC ("Plaintiff") in the above-referenced matter. I write to respectfully request the entry of an Order revising the Court's April 4, 2023 Order [D.E. 8] to correct that the Internet Service Provider ("ISP") that Plaintiff may serve with a subpoena is Verizon Fios.

  The ISP that assigned the IP address at issue in this matter is Verizon Fios. *See* D.E. 1 ¶ 5, D.E. 1-1. However, the Court's April 4, 2023 Order inadvertently identified the ISP as "Spectrum." This occurs twice on page 1, and once on page 4 of the Order. D.E. 8. Upon information and belief, Verizon Fios will not comply with a subpoena where the authorizing order specifically identifies a different entity as the relevant ISP.[1]

  Accordingly, for the foregoing reasons Plaintiff respectfully requests the entry of an Order revising the Court's April 4, 2023 Order [D.E. 8] to identify the ISP that Plaintiff may serve with a subpoena is Verizon Fios.

  Thank you for your attention to this matter.

                Respectfully submitted,

                */s/ John C. Atkin*

                John C. Atkin, Esq.

---

[1] Plaintiff respectfully notes that some other courts identify the entity that Plaintiff is permitted to subpoena as "the ISP specifically identified in the Complaint" or substantially similar language.